Judgment.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.

■ In the Matter of ANGELO AMARAL, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, New York State Department of Correctional Services, Respondent. [715 NYS2d 349] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe,* 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Chautauqua County, Gerace, J.) Present— Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. JONES, Appellant. [716 NYS2d 842] —Judgment unanimously affirmed. Memorandum: Because Supreme Court did not advise defendant of the potential periods of incarceration, the waiver by defendant of the right to appeal does not encompass his challenge to the severity of the sentence (*see, People v Cormack,* 269 AD2d 815; *People v Wynn,* 262 AD2d 1052). The sentence is neither unduly harsh nor severe. Upon our review of the record, we conclude that defendant received meaningful representation (*see, People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON JOHNSON, Appellant. (Appeal No.1.) [715 NYS2d 674] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON JOHNSON, Appellant. (Appeal No. 2.) [715 NYS2d 674] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 4th Degree.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MCCARTHY, Appellant. [716 NYS2d 627] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Vehicular Manslaughter, 1st Degree.) Present— Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Balio, JJ.